DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW DUNCAN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5037
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702-388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 10-cr-00203-GMN-GWF |
| Plaintiff, | ) |
| v. | ) MOTION TO CONTINUE DATE |
| CHOON BOK LEE, | ) TO FILE RESPONSE |
| Defendant. | ) |

COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney, District of Nevada and Andrew w. Duncan, Assistant United States Attorney, and respectfully requests that the deadline for filing a response to defendants' Motion to Withdraw Plea (Doc. 61), currently due on November 14, 2011, be extended so that the Government will have up to November 28, 2011, within which to file said response. This extension is requested for the following reasons:

1. Counsel for the government has ordered the transcript of Defendant Lee's Change of Plea hearing. The transcript will not be delivered until on or about November 21, 2011. The transcripts are needed to assist the government in responding to Defendant's Motion to Withdraw Plea.

2. A Motion Hearing has been set for this matter on December 8, 2011 and a continuance of government's response will not cause a continuance of that Hearing.

| | |
|---|---|
| 1 |       3.     Counsel for Defendant has no position on this Motion, due to the pending Motion |
| 2 | to Dismiss Counsel (Doc.60). |

3. Counsel for Defendant has no position on this Motion, due to the pending Motion to Dismiss Counsel (Doc.60).

The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the Government sufficient time within which to be able to effectively and thoroughly research, prepare and respond to the motion at issue, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the response date for the motion at issue.

Dated November 14, 2011.

DANIEL G. BOGDEN
United States Attorney


/s/
ANDREW W. DUNCAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 10-cr-00203-GMN-GWF |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION |
| CHOON BOK LEE, | ) | TO WITHDRAW PLEA |
| Defendant. | ) | |
| _____ | ) | |

Based on the pending Motion of counsel and good cause appearing therefore, the Court hereby finds that:

1. Counsel for the government has ordered the transcript of Defendant Lee's Change of Plea hearing. The transcript will not be delivered until on or about November 21, 2011. The transcripts are needed to assist the government in responding to Defendant's Motion to Withdraw Plea.

2. A Motion Hearing has been set for this matter on December 8, 2011 and a continuance of government's response will not cause a continuance of that Hearing.

3. Counsel for Defendant has no position on this Motion, due to the pending Motion to Dismiss Counsel (Doc.60).

The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the Government sufficient time within which to be able to effectively and thoroughly research, prepare and respond to the motion at issue, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the response date for the motion at issue.

**ORDER**

IT IS THEREFORE ORDERED that the deadline for filing a response to defendants' Motion to Withdraw Plea (Doc. 61), be extended so that the Government will have up to November 28, within which to file said response.

**DATED** this 14th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge